USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/2/2023___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          -against-

AMIER WILSON,

                    Defendant.

21-cr-570 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter motion filed by Defendant Amier Wilson, requesting that the Court appoint an expert paralegal.  [ECF No. 117.]  Requests for paralegal services must be made through the e-voucher system, not by letter motion.  The parties are directed to contact the CJA Office for assistance or additional questions.

The Clerk of Court is respectfully requested to terminate docket entry 117.

**SO ORDERED.**

Date:  **March 2, 2023**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**