```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

XAVIER ARAU, HENRY JONES, CASSIUS MILLER, ELIJAH PERKINS, JAMIE WILKINS, DAIVON MORGAN, ROBERTO ESPINOSA, AMIER WILSON, DAVION TRUSTY, and JUAN REYES

Defendants.

1:21-cr-00570-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The United States Marshals Service is ordered to produce, by any means necessary, Defendant Amier Wilson at the Daniel Patrick Moynihan United States Courthouse, 500 Peal Street, Courtroom 18C, New York, NY by 2:00 PM on October 17, 2023.

**SO ORDERED.**

Date: October 17, 2023
New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**