**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :           ORDER
                                    :
Amier Wilson                        :
                                    :         21-cr-570 (MKV)
                                    :           Docket #
                                    :
------------------------------------x
```

__Mary Kay Vyskocil__, **DISTRICT JUDGE**:
         Judge's Name

The C.J.A. attorney assigned to this case __Lance A Clarke__ is hereby ordered substituted
                                              Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to __Angus James Bell__, NUNC-PRO-TUNC __10/17/23__.
                                              Attorney's Name

                              **SO ORDERED.**

                              _/s/ Mary Kay Vyskocil_
                              **UNITED STATES DISTRICT JUDGE**


Dated:  **October 17, 2023**
        **New York, New York**