UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/28/2024__

UNITED STATES OF AMERICA,

           -against-

AMIER WILSON

           Defendant.

1:21-cr-00570-8 (MKV)

**ADJOURNMENT ORDER**

MARY KAY VYSKOCIL, United States District Judge

    IT IS HEREBY ORDERED that the sentencing of Defendant Amier Wilson, previously scheduled for April 29th, 2024 at 2:00 PM, is adjourned to July 9th, 2024 at 2:00 PM. Defense submissions are due by June 25th and the government submissions are due by July 2nd. The Clerk of Court respectfully is requested to terminate the letter motion pending at docket entry 263.

**SO ORDERED.**

**Date: March 28, 2024**

                                    HONORABLE MARY KAY VYSKOCIL
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK